UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE SAVOCA,

        Plaintiff,                                NOTICE OF APPEARANCE

  -against-

                                                  07-CV-11411 (DC)

PROMETHEUS LABORATORIES, INC. and
RON ROCCA

        Defendants.
-----------------------------------------------------------------X

S I RS OR MADAMES:

    PLEASE TAKE NOTICE that the undersigned appears in the above-entitled action, along with Rick Ostrove, Esq., as an Attorney for the Plaintiff.

    PLEASE TAKE FURTHER NOTICE that the undersigned demands that a copy of any and all documents and papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Carle Place, New York
       December 26, 2007

                                                          Very truly yours,

                                                          LEEDS MORELLI & BROWN, P.C.
                                                          One Old Country Road, Suite 347
                                                          Carle Place, New York 11514
                                                          (516) 983-9550
                                                          /s/
                                                          MATTHEW S. PORGES (MP-5826)