UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK             X

MICHELE SAVOCA,

             Plaintiff,                       07-CV-11411 (DC)

   -against-                        MOTION TO ADMIT COUNSEL

PROMETHEUS LABORATORIES INC. and     PRO HAC VICE
RON ROCCA

             Defendants.
_____X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Jason M. Koral, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:   Dennis M. Childs
    Firm Name:          Cooley Godward Kronish, LLP
    Address:             4401 Eastgate Mall
    City/State/Zip:      San Diego, California 92121
    Phone Number:     (858) 550-6000
    Fax Number:        (858) 550-6420

DENNIS CHILDS is a member in good standing of the Bar of the States of California and Texas. There are no pending disciplinary proceedings against DENNIS CHILDS in any State or Federal court.

Dated: 4/29/08

City, State:   New York, New York

Respectfully submitted,

_____
Jason M. Koral (JK-1044)
Cooley Godward Kronish, LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone Number: (212) 479-6000
Fax Number: (212) 479-6275

578493 v1/SD

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639        TELEPHONE: 888-800-3400

April 23, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DENNIS MICHAEL CHILDS, #128775 was admitted to the practice of law in this state by the Supreme Court of California on June 17, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

April 25, 2008

Re:   Dennis Childs, State Bar of Texas Number 04201300

To Whom It May Concern:

This is to certify that Mr. Dennis Childs was licensed to practice law in Texas on November 5, 1982 and is an inactive member in good standing with the State Bar of Texas. An "inactive" member status means that the attorney is not authorized to practice law in Texas at this time.

No previous disciplinary sanctions have been entered against Mr. Childs' law license.

Our records reflect there are no pending grievances at this time.

Please let me know if you need additional information or if I can be of further assistance to you.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK           X

MICHELE SAVOCA,

                Plaintiff,                          07-CV-11411 (DC)

    -against-                                   AFFIDAVIT OF JASON M. KORAL
                                                      IN SUPPORT OF MOTION TO ADMIT
PROMETHEUS LABORATORIES INC. and      COUNSEL PRO HAC VICE
RON ROCCA

               Defendants.
_____X

State of New York  )
                        ) ss:
County of New York )

I, Jason M. Koral, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Cooley Godward Kronish, LLP, counsel for Defendant, Prometheus Laboratories Inc. and Ron Rocca in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set for the herein and in support of Defendant's motion to admit Dennis Childs a counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in March, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Dennis Childs since October, 2006.

4. Dennis Childs is a partner at Cooley Godward Kronish, in San Diego, California.

5. I have found Mr. Childs to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Dennis Childs, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Dennis Childs, pro hac vice, which is attached hereto as Exhibit A.

578536 v1/SD

WHEREFORE it is respectfully requested that the motion to admit Dennis Childs, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: 4/29/08

City, State:   New York, New York

Notarized: *[signature]*

RUBEN D MORALES
Notary Public, State of New York
No. 01MO6084632
Qualified in Queens County
Commission Expires December 09, 2010

Respectfully submitted,

*[signature]*

Jason M. Koral (JK-1044)
Cooley Godward Kronish, LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone Number: (212) 479-6000
Fax Number: (212) 479-6275

578536 v1/SD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X

MICHELE SAVOCA,

                    Plaintiff,                    07-CV-11411 (DC)

-against-                                    ORDER FOR ADMISSION
                                                  PRO HAC VICE
PROMETHEUS LABORATORIES INC. and      ON WRITTEN MOTION
RON ROCCA

                  Defendants.
_____X

Upon the motion of Jason M. Koral, attorney for Defendant, Prometheus Laboratories Inc., and Ron Rocca, said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Dennis M. Childs
    Firm Name:           Cooley Godward Kronish, LLP
    Address:              4401 Eastgate Mall
    City/State/Zip:       San Diego, California  92121
    Phone Number:      (858) 550-6000
    Fax Number:         (858) 550-6420

is admitted to practice pro hac vice as counsel for Defendants, Prometheus Laboratories Inc. and Ron Rocca in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourt.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

City, State: _____

                                                                   _____
                                                                   United States District/Magistrate Judge

578541 v1/SD

## AFFIRMATION OF SERVICE

Jason Koral, an attorney admitted to practice in the courts of the State of New York, affirms under penalty of perjury pursuant to CPLR § 2106, that:

I am over the age of eighteen years, and not party to the within action. I solemnly swear and state that I served copies of the within document(s).

### *MOTION TO ADMIT COUNSEL - PRO HAC VICE*

☐ **BY FACSIMILE TRANSMISSION**

I sent such document(s) from facsimile machine _____ on April 29, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine _____ which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing the documents in sealed envelope(s) addressed to the parties listed below.

☐ **BY HAND DELIVERY**

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as set forth below.

☐ **BY OVERNIGHT DELIVERY**

By delivering to an authorized courier or driver authorized by the express service carrier to receive documents, in a sealed envelope or package designated by the express service carrier, with delivery fees paid or provided for, or by depositing in a box or other facility regularly maintained by the express carrier, for next business day delivery, addressed to the parties listed below.

☐ **BY ELECTRONIC DELIVERY**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Rick Ostrove, Esq.
Matthew S. Porges, Esq.
Leeds Morelli & Brown, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514

_____
Jason Koral