```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2008
```

MICHELE SAVOCA,

        Plaintiff,

  -against-

PROMETHEUS LABORATORIES INC. and
RON ROCCA

        Defendants.
                             X

07-CV-11411 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jason M. Koral, attorney for Defendant, Prometheus Laboratories Inc., and Ron Rocca, said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Seth A. Rafkin
    Firm Name:    Cooley Godward Kronish, LLP
    Address:    4401 Eastgate Mall
    City/State/Zip:    San Diego, California 92121
    Phone Number:    (858) 550-6000
    Fax Number:    (858) 550-6420

is admitted to practice pro hac vice as counsel for Defendants, Prometheus Laboratories Inc. and Ron Rocca in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourt.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/6/08
City, State: NY NY

                                                  United States District/Magistrate Judge

584853 v1/SD