```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X

MICHELE SAVOCA,

           Plaintiff,           07-CV-11411 (DC)

    -against-           ORDER FOR ADMISSION
                          PRO HAC VICE
PROMETHEUS LABORATORIES INC. and    ON WRITTEN MOTION
RON ROCCA

           Defendants.
                          X

Upon the motion of Jason M. Koral, attorney for Defendant, Prometheus Laboratories Inc., and Ron Rocca, said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dennis M. Childs |
| Firm Name: | Cooley Godward Kronish, LLP |
| Address: | 4401 Eastgate Mall |
| City/State/Zip: | San Diego, California 92121 |
| Phone Number: | (858) 550-6000 |
| Fax Number: | (858) 550-6420 |

is admitted to practice pro hac vice as counsel for Defendants, Prometheus Laboratories Inc. and Ron Rocca in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourt.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/6/08
City, State: NY NY

                                        United States District/Magistrate Judge

578541 v1/SD