```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
MICHELE SAVOCA,                     :

                Plaintiff,          :
                                           ORDER
         - against -                :
                                           07 Civ. 11411 (DC)
PROMETHEUS LABORATORIES, INC.       :
and RON ROCCA,
                                    :
                Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

  Upon consent of the parties, the claims against defendant Ron Rocca are hereby dismissed, with prejudice.

  In addition, it having been reported to this Court that this matter has been referred for arbitration pursuant to a written arbitration agreement between plaintiff and Prometheus Laboratories, Inc., IT IS HEREBY ORDERED that this action is discontinued without prejudice to reinstatement within thirty days after the completion of arbitration; upon written request of either side within thirty days thereof, the action will be restored to the calendar of the undersigned.

  SO ORDERED.

Dated: New York, New York
    May 9, 2008

               DENNY CHIN
               United States District Judge